UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HANRAHAN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:23-cv-0348 KJM DB P<br><br>ORDER |

    Petitioner is a federal inmate proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Presently before the court is the parties' stipulation regarding respondent's response to the petition. Good cause appearing the court will adopt the parties' stipulation. Accordingly, IT IS HEREBY ORDERED that:

    1. The parties' stipulation (ECF No. 9) is adopted;

    2. Respondent shall file a response to the petition on or before June 7, 2023; and

    3. Petitioner's response, if any, shall be filed on or before July 7, 2023.

Dated: May 9, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/hanr0348.stip

1